Joel Eugene Miller, Jr.
Cause Number: W-23350-B-1

181st District
Randall County
83,973-01
Oct 5, 2015

Dear Abel Acosta,

I am preparing an addendum in support of my Writ of Habeas Corpus on Article 11.07 based on newly discovered evidence and knowledge, and I will speed that to the courts to support the Writ you have already.

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 08 2015
Abel Acosta, Clerk

I have only just learned that my court appointed attorney Tom Lesly, has violated the Mandatory Provisions in TxCCP Article 26.04 (J1), 1.051(a), and 39.14. Ordinarily this requires reversal in Griffon v. State Writ of Criminal Appeals of Texas 489 S.W. 2D 290, 1973 Tex. Crim. App. Lexis 2280, it says, "Appellant next argues that he did not waive his rights to the 10 Days within which to prepare for trial, as authorized by Art. 26.04 V.A. CCP. We are in full agreement with appellant that where there is a Showing that there has been a failure to comply with the Mandatory Provisions of this Article, reversal is ordinarily Called for without any question of (489 S.W. 2D 292) harm or prejudice. Steward v. State 422 S.W. 2D 733"

I request that you take action against my attorney Mr. Lesly, per your duty to act pursuant to the code of Judicial Conduct Cannon 302. Thanks for your time and may God bless.

Sincerely,
x Joel Miller JR